**Opinion filed October 19, 2023**



In The

# Eleventh Court of Appeals

_____

## No. 11-23-00157-CV

_____

**BYRNE OIL COMPANY, Appellant/Cross-Appellee**

**V.**

**JOE WALRAVEN, INDIVIDUALLY AND D/B/A RAFTER W RANCH, Appellee**

**V.**

**JENNIFER WALRAVEN, INDIVIDUALLY AND AS HEIR OF JOE WALRAVEN, Appellee/Cross-Appellant**

**On Appeal from the 91st District Court**
**Eastland County, Texas**
**Trial Court Cause No. CV1945179**

## M E M O R A N D U M   O P I N I O N

Cross-Appellant, Jennifer Walraven, individually and as heir of Joe Walraven, has filed in this court an unopposed motion to dismiss the cross-appeal in this cause.

Cross-Appellant wishes "to dismiss [the] pending notice of appeal of the trial court's judgment in this matter" and requests that we dismiss the cross-appeal. In accordance with the request, we grant the motion and dismiss the cross-appeal. *See* TEX. R. APP. P. 42.1(a)(1). The remainder of this appeal, as filed by Byrne Oil Company, remains active.

PER CURIAM

October 19, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.